**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| TAMEIKA RAQUEL CLARK, | Civil No. 18-2977 (JRT/KMM) |
| Petitioner, | |
| v. | **ORDER ON REPORT** |
| WARDEN NANETTE BARNES, | **AND RECOMMENDATION** |
| Respondent. | |

---

Tameika Raquel Clark, Reg #18400-021, FCI-Waseca, P.O. Box 1731, Waseca, MN 56093, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

A Report and Recommendation was filed by United States Magistrate Judge Kate Menendez on March 20, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Southern District of Georgia.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 10, 2019      s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                             Chief Judge
                                             United States District Court